AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Ralph Rouse

**SUMMONS IN A CIVIL CASE**

V.

Linda Springer, Director
U.S. Office of Personnel Management

CASE NUMBER 1:06CV02088

JUDGE: Richard W. Roberts

DECK TYPE: Employment Discrimination

DATE STAMP: 12/08/2006

TO: (Name and address of Defendant)

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James C. Bailey, Esq.
Bailey & Ehrenberg PLLC
1155 Connecticut Ave, N.W.
Suite 1100
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within _60_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON            DEC - 8 2006
CLERK                                 DATE

_(signature)_
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Ralph D. Rouse, Jr.

vs.

Linda M. Springer, Director, U.S. Office of Personnel Management

No. 1:06CV02088

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 11 26 1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 12:07 pm on January 11, 2007, I served U.S. Attorney General at U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530 0001 by serving Willo T. Lee, Mailroom Clerk, authorized to accept. Described herein:

```
SEX-     FEMALE
AGE-     50
HEIGHT-  5'7"
HAIR     BLACK/BROWN
WEIGHT-  160
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 1-12-07
          Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 182262