AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Ralph Rouse

**SUMMONS IN A CIVIL CASE**

V.

Linda Springer, Director
U.S. Office of Personnel Management

CASE NUMBER  1:06CV02088

JUDGE: Richard W. Roberts

DECK TYPE: Employment Discrimination

DATE STAMP: 12/08/2006

TO: (Name and address of Defendant)

Linda Springer, Director
U.S. Office of Personnel Management,
1900 E Street NW
Washington, D.C.  20415

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James Bailey, Esq.
Bailey & Ehrenberg PLLC
1155 Connecticut Ave, N.W.
Suite 1100
Washington, D.C.  20036

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                         DEC - 8 2006

CLERK                                              DATE

_(signature)_
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Ralph D. Rouse, Jr.

vs.

Linda M. Springer, Director, U.S. Office of Personnel Management.

No. 1:06CV02088

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, VINCENT A. PIAZZA, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 08-29-1969.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 12:05 pm on January 11, 2007, I served Linda M. Springer, Director, U.S. Office of Personnel Management at 1900 E Street, NW, Washington, DC 20415 by serving Tiffany Dargin, Administrative Assistant to General Counsel, authorized to accept. Described herein:

```
   SEX-    FEMALE
   AGE-    35
HEIGHT-    5'4"
  HAIR-    BLACK
WEIGHT     120
  RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  1-12-07
                Date

VINCENT A. PIAZZA
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File# 182263