IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RALPH D. ROUSE, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Civil Action No. 06-2088 (RWR)<br>LINDA M. SPRINGER, Director, U.S. Office )<br>of Personnel Management, )<br>)<br>Defendant. )<br>) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant, through undersigned counsel, hereby moves this Court for a four-day extension of time, to March 16, 2007, to respond to the complaint in this case. The reasons for this request are as follows:

1. Defendant's answer is currently due on March 12, 2007.

2. Counsel needs more time to coordinate the response with the defendant agency.

3. Pursuant to Local Rule 7(m), plaintiff's counsel James Bailey has advised that he does not object to the requested extension of time.

Accordingly, defendant requests an extension of time of four days to respond to the complaint, making a response due on or before March 16, 2007.

Dated: March 8, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

JOSEPH LOBUE
Assistant Branch Director,
Civil Division

s/ Justin M. Sandberg
JUSTIN M. SANDBERG
(Ill. Bar. No. 6278377)
Trial Attorney, Federal Programs Branch
Civil Division
U.S. Department of Justice
P.O. Box 883
Washington, D.C. 20044
(202) 514-3489 (telephone)
(202) 616-8202 (facsimile)

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RALPH D. ROUSE, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LINDA M. SPRINGER, Director, U.S. Office ) <br> of Personnel Management, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 06-2088 (RWR) |

**PROPOSED ORDER**

The Court GRANTS the defendant's motion requesting that it be afforded until March 16, 2007 to respond to the complaint.

IT IS SO ORDERED.

ENTERED: _____


_____
UNITED STATES DISTRICT
COURT JUDGE RICHARD W.
ROBERTS