IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Ralph D. Rouse, Jr. | : | |
| 3409 Faulkner Drive | | |
| Rowlett, Texas 25088 | : | |
| | | |
| Plaintiff, | : | |
| | | |
| v. | : | Case No. 06-2088 (RWR) |
| | | |
| Linda M. Springer, Director | : | JURY TRIAL DEMANDED |
| U.S. Office of Personnel Management, | | |
| 1900 E Street NW | : | |
| Washington, D.C. 20415 | | |
| | : | |
| Defendant. | | |
| _____ | : | |

## RESPONSE TO MOTION TO DISMISS

1.  Plaintiff initiated this action by filing his Complaint against Defendant on December 8, 2006. *See* Docket Entry No. 1.

2.  Defendant requested an extension in responding to the Complaint, and on March 16, 2007, filed a motion to dismiss. *See* Docket Entries 5 and 7.

3.  Defendant's motion to dismiss is not a responsive pleading; therefore, Plaintiff may amend his Complaint without leave of the Court or the consent of Defendant. *See Bowden v. United States*, 176 F.3d 552, 555 (D.C. Cir. 1999); *James v. Huron Associates, Inc.*, 229 F.3d 277 (D.C. Cir. 2000); *United States Information Agency v. Krc*, 905 F.2d 389 (D.C. Cir. 1990) ("Motions for summary judgment or dismissal, however, do not constitute responsive pleadings that prevent a party from amending without leave of court") (citing 6 Wright & Miller, *Federal Practice and Procedure* § 1483, at 585-87 (1990)); *Doe v. United States Dept. of Labor*, 451 F. Supp.2d 156 (D.D.C. 2006) ("the District of Columbia Circuit has 'repeatedly clarified' that motions to dismiss, even those

which seek summary judgment in the alternative, are not responsive pleadings for the purposes of Rule 15").

    4.    Plaintiff hereby submits an Amended Complaint by a separate filing; therefore, Defendant's Motion to Dismiss is moot.

March 30, 2007                  Respectfully submitted,

                                    //s// *James C. Bailey*
                                    _____
                                    James C. Bailey (DC # 462391)
                                    jcb@becounsel.com
                                    Jason H. Ehrenberg (DC # 469077)
                                    jhe@becounsel.com
                                    BAILEY & EHRENBERG PLLC
                                    1155 Connecticut Avenue NW
                                    Suite 1100
                                    Washington, D.C. 20036
                                    t:  (202) 787-3869
                                    f:  (202) 318-7071

**CERTIFICATE OF SERVICE**

I, James C. Bailey, hereby certify that on this 30th day of March 2007, I caused a true and correct copy of the foregoing to be served via electronic mail through the District Court's ECF filing system, upon the following:

> Justin M. Sandberg
> Assistant U.S. Attorney
> 555 Fourth Street, N.W.
> Washington, D.C.  20530

*//s// James C. Bailey*
_____
James C. Bailey