IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RALPH D. ROUSE, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Civil Action No. 06-2088 (RWR)<br>LINDA M. SPRINGER, Director, U.S. Office )<br>of Personnel Management, )<br>)<br>Defendant. )<br>) | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

In Bell Atlantic v. Twombly, 127 S. Ct. 1955 (2007), the Supreme Court clarified the standard for assessing motions to dismiss for failure to state a claim upon which relief can be granted, see Fed. R. Civ.P. 12(b)(6), and, in so doing, underscored the inadequacy of plaintiff's Second Amended Complaint. The Court held that to survive a Rule 12(b)(6) motion a plaintiff must plead "enough facts to state a claim of relief that is plausible on its face." 127 S. Ct. at 1974. A complaint made up of "labels and conclusions" does not satisfy this standard: "Factual allegations must be enough to raise a right to relief above the speculative level." Id. at 1965.

Plaintiff's complaint never transcends the speculative. See Second Amended Complaint, May 24, 2007 ("Complaint"). It does not contain factual allegations sufficient to state a claim of relief that is plausible on its face, i.e., sufficient to state a plausible claim that defendant is using the so-called insurance safe harbor as a subterfuge to discriminate. Reply in Support of Motion to Dismiss, April 9, 2007 ("Reply"), at 2, 5-7. Rather, it relies on a formulaic recitation of the

elements of a subterfuge claim and other factual allegations which do not suggest illegal conduct. See, e.g., Complaint ¶ 54; Reply at 2, 5-7.  As the Supreme Court curtly remarked in Twombly, these kinds of allegations "will not do." Twombly, 127 S. Ct. at 1965.  Thus, in accord with the Supreme Court's recent Twombly decision, the Court should dismiss plaintiff's action for the reasons stated in the memorandum in support of defendant's motion to dismiss and the related reply brief.

Dated: May 31, 2007                                              Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

JOSEPH W. LOBUE
Assistant Director,
Federal Programs Branch

s/ Justin M. Sandberg
JUSTIN M. SANDBERG
(Ill. Bar. No. 6278377)
Trial Attorney, Federal Programs Branch
Civil Division
U.S. Department of Justice
P.O. Box 883
Washington, D.C. 20044
(202) 514-3489 (telephone)
(202) 616-8202 (facsimile)

Counsel for Defendant