IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RALPH D. ROUSE, JR.,<br><br>    Plaintiff,<br><br>  v.<br><br>LINDA M. SPRINGER, Director, U.S. Office of Personnel Management, et al.,<br><br>    Defendants. | Civil Action No. 06-2088 (RWR) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY**

  Government defendant ("defendant"), through undersigned counsel, hereby moves this Court for a seven-day extension of time, to June 25, 2007, to file a reply in support its motion to dismiss. The reasons for this request are as follows:

  1.  Defendant filed a motion to dismiss plaintiff's complaint on March 16, 2007. Plaintiff amended his complaint and filed a less than two-page response arguing that defendant's motion to dismiss was moot because of the amended complaint. Defendant filed a reply arguing that its motion was not moot because the amendments to plaintiff's complaint did not cure the defects identified in the motion to dismiss. Plaintiff then moved for leave to file an opposition or surreply and a second amended complaint. The Court granted plaintiff leave to file an opposition along with a second amended complaint, and ruled that defendant's motion to dismiss would be treated as responsive to plaintiff's second amended complaint.

  2.  Defendant's reply to plaintiff's newly filed opposition is due June 18th.

3.      Defendant needs more time to file a reply because one of defendant's attorneys is out of the office the week of June 11th and, therefore, is unable to assist in the preparation of the reply.

4.      Pursuant to Local Rule 7(m), counsel for defendant contacted counsel for plaintiff, and he indicated that he does not object to the requested extension of time.

Accordingly, defendant requests an extension of time of seven days to file a reply brief, making the reply due on or before June 25, 2007.

Dated: June 12, 2007				Respectfully submitted,

						PETER D. KEISLER
						Assistant Attorney General

						JEFFREY A. TAYLOR
						United States Attorney

						STUART LICHT
						Assistant Branch Director,
						Civil Division

						s/ Justin M. Sandberg
						JUSTIN M. SANDBERG
						(Ill. Bar. No. 6278377)
						Trial Attorney, Federal Programs Branch
						Civil Division
						U.S. Department of Justice
						P.O. Box 883
						Washington, D.C. 20044
						(202) 514-3489 (telephone)
						(202) 616-8202 (facsimile)

						Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RALPH D. ROUSE, JR., <br><br> Plaintiff, <br><br> v. <br><br> LINDA M. SPRINGER, Director, U.S. Office of Personnel Management, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 06-2088 (RWR) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PROPOSED ORDER**

Upon consideration of defendant's motion for a seven-day extension of time, to June 25, 2007, to file a reply in support of its motion to dismiss, the Court hereby

ORDERS that defendant's motion for an extension of time is granted.


Dated: _____                      _____
                                              RICHARD W. ROBERTS
                                              United States District Judge