IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RALPH D. ROUSE, JR., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>LINDA M. SPRINGER, DIRECTOR )<br>U.S. OFFICE OF PERSONNEL )<br>MANAGEMENT )<br>)<br>and )<br>)<br>LONG TERM CARE PARTNERS, LLC, )<br>)<br>Defendants. )<br>) | Case No.: 1:06-CV-02088-RWR |

**UNOPPOSED MOTION OF DEFENDANT LONG TERM CARE PARTNERS FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

Defendant Long Term Care Partners, LLC ("LTC Partners") respectfully moves for an extension of 8 calendar days to file its reply brief in support of its motion to dismiss the Second Amended Complaint, and in support states as follows:

On August 21, 2007, Plaintiff filed his opposition to LTC Partners' motion to dismiss Plaintiff's claims against it. Under the local rules, LTC Partners' reply brief is due August 28, 2007.

LTC Partners seeks an 8-day extension of time to file its reply brief, up to and including Wednesday, September 5, 2007. LTC Partners requests the extension because, due to August vacation schedules, counsel for LTC Partners will have difficulty completing its reply and obtaining the necessary client approval for the filing prior to the current due date.

LTC Partners' counsel has discussed this motion for extension with counsel for Plaintiff, and counsel for Plaintiff has indicated that Plaintiff does not object to this motion.

2

WHEREFORE, LTC Partners respectfully requests that the Court grant it an 8-day extension for filing its reply brief in support of its motion to dismiss, up to and including September 5.

Respectfully submitted,

/s/
_____
Anthony F. Shelley (DC Bar No. 420043)
Emmett B. Lewis (DC Bar No. 308627)
MILLER & CHEVALIER CHARTERED
655 15th Street, NW, Suite 900
Washington, DC  20016
Telephone:  202-626-5800
Facsimile:  202-626-5801

*Counsel for Defendant Long Term Care Partners, LLC*

August 27, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RALPH D. ROUSE, JR.,                )<br>                                                      )<br>           Plaintiff,                         )<br>     v.                                            )<br>                                                      )<br>LINDA M. SPRINGER, DIRECTOR )<br>U.S. OFFICE OF PERSONNEL    )<br>MANAGEMENT                          )<br>                                                      )<br>           and                                 )<br>                                                      )<br>LONG TERM CARE PARTNERS, LLC, )<br>                                                      )<br>           Defendants.                    )<br>                                                      ) | Case No.: 1:06-CV-02088-RWR |

**ORDER**

Having considered Defendant Long Term Care Partners, LLC's unopposed motion for extension of time to file its reply brief in support of its motion to dismiss the Second Amended Complaint, and good cause existing for the motion, it is hereby ORDERED:

1)     that the motion is GRANTED; and

2)     that Long Term Care Partners, LLC's reply brief in support of its motion to dismiss shall be due on September 5, 2007.

_____
United States District Judge

Dated: _____